UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

J & J SPORTS PRODUCTIONS, INC,

        Plaintiff,

-vs-                                                    Case No. 3:12-CV-129

8 BALLS & WINGS, LLC et al,

        Defendants.

_____

**ORDER OF DISMISSAL**

The Court finds the Plaintiff was notified by order filed November 15, 2013 (doc. 16) to show cause as to why the case should not be dismissed for failure to prosecute. Plaintiff has neither perfected service, nor responded to the Court's order to show cause.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED,** without prejudice. The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio on this 7th day of January, 2014.

*s/ Thomas M. Rose*

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE